UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Demetra Royster v. Bayer Corporation, et al.* | No. 10-cv-10046-DRH |
| *Tabitha Williams v. Bayer Corporation, et al.* | No. 10-cv-10047-DRH |
| *Andrea Ball v. Bayer Corporation, et al.* | No. 12-cv-10230-DRH |
| *Maria Lara Robles v. Bayer Corporation, et al.* | No. 12-cv-10208-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 15, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2015.10.18 16:59:02 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT